# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00376-CV

**Texas General Land Office and George P. Bush,
named in his Official Capacity as Texas Land Commissioner, Appellants**

**v.**

**City of Houston, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-003520, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On November 20, 2020, we abated this appeal after granting Appellants' unopposed motion for a 30-day abatement. We instructed the parties to file either a status report or motion to dismiss by the end of the abatement period.

The parties have filed their Joint Status Report and Request for Extension of Abatement. In it, they seek an extension of the abatement to January 4, 2021, explaining that they are continuing "working . . . to determine whether the underlying case can be dismissed by agreement."

The Court grants the parties' request for an abatement extension and extends the abatement until January 4, 2021. The parties are ordered to file another status report, or a motion to dismiss, by that date.

Before Chief Justice Rose, Justices Baker and Kelly

Abated

Filed: December 23, 2020